IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDITH HAMILTON,
    Plaintiff

    v.

DYNAMIC RECOVERY SOLUTIONS, LLC,
d/b/a DYNAMIC RECOVERY SOLUTIONS,
VALUE HEALTHCARE MANAGEMENT,
LLC and BITACH FUND I, LLC,
    Defendants

CIVIL ACTION

NO. 2:15-cv-02549-RB

## STIPULATION EXTENDING TIME TO ANSWER

TO THE CLERK OF COURT:

It is hereby STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant DYNAMIC RECOVERY SOLUTIONS, LLC d/b/a DYNAMIC RECOVERY SOLUTIONS, with Court approval, that said Defendant shall have thirty (30) days from the date of entry of this Stipulation to answer or otherwise plead to the Complaint. This is the first extension requested in this matter.

LAW OFFICES OF MICHAEL P.
FORBES, P.C.

By: _____
MICHAEL P. FORBES, ESQUIRE
200 Eagle Road, Suite 220
Wayne, PA 19087
(v) 610-293-9399; (f) 610-627-1984
michael@mforbeslaw.com
Attorneys for Plaintiff

Dated: __7/2/15__

BY THE COURT: 7-7-15
_____
                      J.

FINEMAN KREKSTEIN &
HARRIS, P.C.

By: __/S/ Richard J. Perr__
RICHARD J. PERR, ESQUIRE
PA Attorney I.D. No. 72883
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorneys for Defendant Dynamic
Recovery Solutions, LLC d/b/a Dynamic
Recovery Solutions

Dated: __July 2, 2015__

{00979033;v1}