UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDITH HAMILTON | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 15-2549 ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC d/b/a DYNAMIC RECOVERY SOLUTIONS | ) JURY TRIAL DEMANDED ) ) |
| and | ) ) |
| VALUE HEALTHCARE MANAGEMENT, LLC | ) ) ) |
| and | ) ) |
| BITACH FUND I, LLC | ) ) |
| Defendants | ) |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above matter pursuant to Local Rule 41.1(b).

Dated: October 28, 2015

BY: _____
Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 50
Wayne, PA 19087
(610)293-9399

10/28/15
APPROVED:
J.